UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEREDITH MCGLOWN,

    Plaintiff,

v.

HARPER & ROBERTS, et al.,

    Defendants.

Case No. C17-924-RAJ

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RECOMMENDATION FOR REVIEW

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) On her IFP application, plaintiff indicates that she is unemployed, has no cash or savings, is currently receiving "state aid," but also has "unsecured grants" worth $256 trillion. As the Court has granted Ms. McGlown IFP status on numerous occasions in the past, despite her dubious representation that she has "over 1 trillion" in assets, the Court finds that plaintiff does not actually have funds available to afford the $400.00 filing fee and that she financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

ORDER
PAGE - 1

(2)     The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 23rd day of June, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge